```
         FILED       LODGED
         RECEIVED    COPY

         MAR  7 2024

         CLERK U S DISTRICT COURT
         DISTRICT OF ARIZONA
         BY                DEPUTY
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Aaron Smith,<br><br>　　　　Plaintiff,<br><br>v.<br><br>City of Mesa, et al.,<br><br>　　　　Defendant. | No. CV-21-01012-PHX-DJH<br><br>**VERDICT FORM** |

1.　　We the Jury find for: ____ Plaintiff Aaron Smith

　　　　　　　　　　　　　　　✓ Defendant City of Mesa

If you found for Defendant City of Mesa, you should skip the next item and return the verdict form. If you found for Plaintiff Aaron Smith, you should answer the next item.

2.　　Answer only one of the following subparts:

　　A.　　We the Jury find Plaintiff Aaron Smith has proved damages and he should be fairly and reasonably compensated in the amount of $_____.

　　B.　　We the Jury find Plaintiff Aaron Smith has failed to prove damages and award nominal damages in the amount of $_____.

#6　　　　　　　　　　　　　　　　　　　　　　3/7/24
_____　　　_____
Signed by Juror Foreperson's Number　　　　　　　Date